IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH EDGAR DUNKIN,
    Plaintiff,

vs.                                  Case No.: 5:12cv180/RS/EMT

PAIGE A. AUGUSTINE, Warden
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Plaintiff's "Motion to Enter: Notice to Dismiss Case, Notice of Dismissal . . . For Now," in which he seeks to dismiss without prejudice the instant civil rights case (doc. 24).

Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Because Defendant has not yet been served in the instant case, and in fact Plaintiff has not even submitted a proper motion to proceed in forma pauperis, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.[1]

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's motion, construed as a motion for voluntary dismissal (doc. 24) be **GRANTED** and this case be **DISMISSED without prejudice**.

---

[1] The court notes that this is the second such motion or notice to dismiss Plaintiff has filed (*see* doc. 7). His previous motion was withdrawn (*see* doc. 10), after the undersigned issued a report and recommendation ("R and R") recommending that the motion be granted (doc. 8). Thus, the R and R was vacated (*see* doc. 12).

At Pensacola, Florida, this 27th day of August 2012.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**