IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOSEPH EDGAR DUNKIN,**

    Plaintiff,

v.                                                       CASE NO. 5:12-cv-180-RS-EMT

**PAIGE A. AUGUSTINE, Warden,**

    Defendant.

_____/

## ORDER

Before me are Plaintiff's Motion to Enter: Notice to Dismiss Case, Notice of Dismissal . . . For Now (Doc. 24) and the magistrate judge's Report and Recommendation (Doc. 25). The action is dismissed without prejudice. The Clerk is directed to close the case.

**ORDERED** on September 26, 2012.

                                                      **/s/ Richard Smoak**
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**